**US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK**
COUNTY OF

**AFFIDAVIT OF SERVICE**

ATTORNEY: FOULKE
FF/INDEX #:  07 CIV 10328
DATE FILED: 11/14/07
DOCKET #:

SELDA UMEROSKI,

Plaintiff(s)/Petitioners(s)

- AGAINST -

NOWAB HOTELS, CORP. AND JASIVE JAVAID,

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **11/30/07** at **6:05 PM** at **90 ROUTE 17K NEWBURGH, NY 12550**

deponent served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT**

on **NOWAB HOTELS, CORP** therein named

**CORPORATION** ☑ By delivering to and leaving with **JASIVE JAVAID** so served to be the **MANAGING AGENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE  THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE  BROWN SKIN  GREY & BLACK HAIR  45-57 YEARS  5'5"-5'9"  160-170 LBS**

Other identifying features:

**GLASSES, BALDING, MUSTACHE**

Sworn to before me on: **12/4/07**

_____  _____  _____
JOHN GOULD              JOANN JOHNSON            JOSEPH SHERLOCK
NOTARY PUBLIC, STATE OF NEW YORK  NOTARY PUBLIC, STATE OF NEW YORK  KATHLEEN GOULD
QUALIFIED IN ORANGE COUNTY  QUALIFIED IN ORANGE COUNTY  NOTARY PUBLIC, STATE OF NEW YORK
COMMISION EXPIRES JULY 15, 20__  COMMISION EXPIRES AUGUST 15, 20_/0  QUALIFIED IN ORANGE COUNTY
01G05013764  01J05031856  COMMISION EXPIRES NOVEMBER 30, 20__
 4632958

# AFFIDAVIT OF SERVICE

COUNTY OF _____

SELDA UMEROSKI,

                          Plaintiff(s)/Petitioners(s)

- AGAINST -

NOWAB HOTELS, CORP. AND JASIVE JAVAID,

                          Defendants(s)/Respondent(s)

ATTORNEY: FOULKE
FF/INDEX #: 07 CIV 10328
DATE FILED: 11/14/07
DOCKET #:

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **11/30/07** at **6:05 PM** at **C/O NOWAB HOTELS, CORP. 90 ROUTE 17K, NEWBURGH, NY 12550**

deponent served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT**

on **JASIVE JAVAID** therein named

**INDIVIDUAL** [✓] By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE   BROWN SKIN   BLACK & GREY HAIR   45-57 YEARS   5'5"-5'9"   160-170 LBS**

Other identifying features:

**GLASSES, BALDING, MUSTACHE**

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **12/4/07**

_____
JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958