# FOULKE LAW OFFICES

*1997 Route 17M*
*Goshen, New York 10924*
*Phone: (845) 294-4308   Fax: (845) 294-4309*
*E-mail: foulke@frontiernet.net*

**New Jersey Office:**
*1200 E. Ridgewood Ave.*
*Suite 106*
*Ridgewood, NJ 07450*
*Phone: (845) 294-4308*

**MEMO ENDORSED**

June 17, 2008

**VIA FACSIMILE (914-390-4085)**
Honorable Charles L. Brieant
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

Re: Selda Umeroski v. Nowab Hotels, Corp. and Jasive Javaid
Docket No.    07 Civ. 103280

Dear Judge Brieant:

I write jointly on behalf of both parties to request that the ~~June~~ 18, 2008 conference be adjourned for two weeks to permit the parties to file a Stipulation of Discontinuance. Attached is a draft copy of a settlement agreement entered into between the parties.

Very truly yours,

Evan M. Foulke

*[Handwritten endorsement: Application granted. Conference adjourned pending anticipated receipt of Stipulation of Discontinuance. So Ordered. Charles L. Brieant, USDJ 6/17/08 — July]*

EMF/jg
Enc.

cc: Michael Sussman, Esq.