

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELDA UMEROSKI,

                Plaintiff,

-against-

NOWAB HOTELS CORP. and JASIVE JAVAID,

                Defendants.

---

Docket No. 07 CIV. 10328 (CLB) (GAY)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted by plaintiff SELDA UMEROSKI in this action are hereby discontinued as against defendants NOWAB HOTELS CORP. and JASIVE JAVAID, and all counterclaims asserted by defendants NOWAB HOTELS CORP. and JASIVE JAVAID are hereby discontinued as against plaintiff SELDA UMEROSKI, with prejudice and without costs to either party as against the other.

Dated: July 29, 2008

FOULKE LAW OFFICES

By: _____
    Evan M. Foulke, Esq.
Attorneys for Plaintiff
1997 Route 17M
Goshen, New York 10924
845-294-4308

SUSSMAN & WATKINS

By: _____
    Christopher Watkins, Esq.
Attorneys for Defendants
40 Park Place
P.O. Box 10005
Goshen, New York 10924
845-294-3991

SO ORDERED:                DATED: 8/4/08

_____
Cathy Seibel
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____